IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE VIII, Village L, Aceh, Indonesia,<br>JOHN DOE IX, Village, M, Aceh, Indonesia,<br>JOHN DOE X, Village, N, Aceh, Indonesia,<br>JOHN DOE XI, Village, O, Aceh, Indonesia,<br><br>        Plaintiffs,<br><br>v.<br><br>EXXONMOBIL CORPORATION, 5959 Las Colinas Boulevard, Irving, Texas, 75039-2298, EXXONMOBIL OIL INDONESIA INC., c/o ExxonMobil Corp., 5959 Las Colinas Boulevard, Irving, Texas, 75039-2298, MOBIL CORPORATION, c/o ExxonMobil Corp., 5959 Las Colinas Boulevard, Irving, Texas, 75039-2298, and MOBIL OIL CORPORATION, c/o ExxonMobil Corp., 5959 Las Colinas Boulevard, Irving, Texas, 75039-2298,<br><br>        Defendants. | Civ. No. |

**PLAINTIFFS' MOTION TO FILE THEIR EX PARTE MOTION TO PROCEED WITH COMMENCEMENT OF ACTION USING PSEUDONYMS AND THE ACCOMPANYING MEMORANDUM AND EXHIBITS UNDER SEAL**

Pursuant to Local Rule 5.1(j), Plaintiffs respectfully request that their Ex Parte Motion to Proceed with Commencement of Action Using Pseudonyms ("Ex Parte Motion") and the accompanying memorandum and exhibits be filed under seal. The Memorandum and exhibits contain the names and identifying information of Plaintiffs who fear for their lives and the lives and well-being of their families should their identities be revealed publicly in connection with

this litigation, and who are consequently seeking to commence this action using pseudonyms. Accordingly, Plaintiffs respectfully request that these documents be filed under seal.

May 31, 2007

>Respectfully submitted
>
>_____
>Michael D. Hausfeld, DC Bar # 153742
>Agnieszka M. Fryszman, DC Bar # 459208
>COHEN, MILSTEIN, HAUSFELD
>& TOLL, P.L.L.C.
>1100 New York Avenue, N.W.
>West Tower - Suite 500
>Washington, DC 20005-3964
>T: (202) 408-4600
>F: (202) 408-4699
>
>Terrence Collingsworth, DC Bar # 471830
>Derek J. Baxter, DC Bar # 479361
>INTERNATIONAL LABOR RIGHTS FUND
>2001 S Street, N.W., Suite 420
>Washington, DC 20009
>T: (202) 347-4100
>F: (202) 347-4885
>
>*Plaintiffs' Counsel*

288835v1

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN DOE VIII, Village L, Aceh, Indonesia )<br>JOHN DOE IX, Village M, Aceh, Indonesia )<br>JOHN DOE X, Village N, Aceh, Indonesia )<br>JOHN DOE XI, Village O, Aceh, Indonesia )<br>                                                                              )<br>                                                                              ) Civil Action No.<br>                                      Plaintiffs,               )<br>                                                                              )<br>                      vs.                                               )<br>                                                                              )<br>EXXONMOBIL CORPORATION, 5959 Las Colinas )<br>Boulevard, Irving, Texas, 75039-2298, EXXONMOBIL )<br>OIL INDONESIA INC., c/o ExxonMobil Corp., 5959 )<br>Las Colinas Boulevard, Irving, Texas, 75039-2298, )<br>MOBIL CORPORATION, c/o ExxonMobil Corp., )<br>5959 Las Colinas Boulevard, )<br>Irving, Texas, 75039-2298, and )<br>MOBIL OIL CORPORATION, )<br>c/o ExxonMobil Corp., 5959 Las Colinas Boulevard, )<br>Irving, Texas, 75039-2298, )<br>                                                                              )<br>                                      Defendants.           ) | |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to File Ex Parte Motion to Proceed with Commencement of Action Using Pseudonyms and the Accompanying Memorandum and Exhibits Under Seal, it is this ___ day of _____ 2007 hereby

ORDERED: that the Plaintiffs' Ex Parte Motion to Proceed with Commencement of Action Using Pseudonyms and the accompanying memorandum and exhibits shall be filed and maintained UNDER SEAL pending further order of this Court.

Dated: _____, 2007

                                                                                             _____
Hon. Thomas F. Hogan,
Chief Judge, United States District Court for the District of Columbia

288864V1