**FILED**

JUN - 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE VIII, Village L, Aceh, Indonesia<br>JOHN DOE IX, Village M, Aceh, Indonesia<br>JOHN DOE X, Village N, Aceh, Indonesia<br>JOHN DOE XI, Village O, Aceh, Indonesia<br><br>        Plaintiffs,<br><br>vs.<br><br>EXXONMOBIL CORPORATION, 5959 Las Colinas Boulevard, Irving, Texas, 75039-2298, EXXONMOBIL OIL INDONESIA INC., c/o ExxonMobil Corp., 5959 Las Colinas Boulevard, Irving, Texas, 75039-2298, MOBIL CORPORATION, c/o ExxonMobil Corp., 5959 Las Colinas Boulevard, Irving, Texas, 75039-2298, and MOBIL OIL CORPORATION, c/o ExxonMobil Corp., 5959 Las Colinas Boulevard, Irving, Texas, 75039-2298,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. **07 1022**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to File Ex Parte Motion to Proceed with Commencement of Action Using Pseudonyms and the Accompanying Memorandum and Exhibits Under Seal, it is this 6 day of June 2007 hereby

ORDERED: that the Plaintiffs' Ex Parte Motion to Proceed with Commencement of Action Using Pseudonyms and the accompanying memorandum and exhibits shall be filed and maintained UNDER SEAL pending further order of this Court.

Dated: 6 June, 2007

Hon. Thomas F. Hogan,
Chief Judge, United States District Court for the District of Columbia