AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

John Doe VIII, Village L, Aceh, Indonesia; John Doe IX, Village M, Aceh, Indonesia; John Doe X, Village N, Aceh, Indonesia; and John Doe XI, Village O, Aceh, Indonesia,

**SUMMONS IN A CIVIL CASE**

V.

ExxonMobil Corporation, ExxonMobil Oil Indonesia Inc., Mobil Corporation, and Mobil Oil Corporation,

CAS

Case: 1:07-cv-01022
Assigned To : Oberdorfer, Louis F.
Assign. Date : 6/6/2007
Description: General Civil

TO: (Name and address of Defendant)

Mobil Oil Corporation
c/o Corporation Service Company
1090 Vermont Ave., N.W., Suite 430
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Agnieszka M. Fryszman
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON            JUN - 6 2007
CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6-15-07   12:17pm |
| NAME OF SERVER *(PRINT)* Andre' W. Keith | TITLE process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Renee Rice, authorized to accept at Corporation Service Company for Mobil Oil Corporation, at 1090 Vermont Ave, NW, #430 Washington, DC 20005

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6-15-07
             Date

*Signature of Server*

1115 Mass. Ave., NW
Washington, DC 20005
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.