IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE VIII, Village L, Aceh,
Indonesia, et al.
    Plaintiffs,

vs.                                    Case Number: 1:07-cv-01022

EXXONMOBIL CORPORATION, ET AL.
    Defendants.

AFFIDAVIT SERVICE BY SPECIAL PROCESS SERVER

I, Andre W. Keith, having been duly authorized to make service of the Order in the above entitled case, hereby declare and says:

    That my age and date of birth are as follows: 8-31-61
    That my business address is: 1115 Mass. Ave., NW, Wash., DC.
    That I am not a party to or otherwise interested in this case.

    That at 12:17 pm on the 15th day of June, 2007, I personally served an Order dated June 6, 2007 upon ExxonMobil Corporation, ExxonMobil Oil Indonesia, Inc., Mobil Corporation and Mobil Oil Corporation by delivering the same to Renee Rice, authorized to accept for Corporation Service Company on behalf of Defendants at 1090 Vermont Ave., NW, #430, Washington, DC 20005.

Andre W. Keith
1115 Mass. Ave., NW
Washington, DC 20005
(202) 737-8811

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN DOE VIII, Village L, Aceh, Indonesia )<br>JOHN DOE IX, Village M, Aceh, Indonesia )<br>JOHN DOE X, Village N, Aceh, Indonesia )<br>JOHN DOE XI, Village O, Aceh, Indonesia )<br><br>                        Plaintiffs,<br><br>              vs.<br><br>EXXONMOBIL CORPORATION, 5959 Las Colinas )<br>Boulevard, Irving, Texas, 75039-2298, EXXONMOBIL )<br>OIL INDONESIA INC., c/o ExxonMobil Corp., 5959 )<br>Las Colinas Boulevard, Irving, Texas, 75039-2298, )<br>MOBIL CORPORATION, c/o ExxonMobil Corp., )<br>5959 Las Colinas Boulevard, )<br>Irving, Texas, 75039-2298, and )<br>MOBIL OIL CORPORATION, )<br>c/o ExxonMobil Corp., 5959 Las Colinas Boulevard, )<br>Irving, Texas, 75039-2298, )<br><br>                        Defendants. ) | Case: 1:07-cv-01022<br>Assigned To : Oberdorfer, Louis F.<br>Assign. Date : 6/6/2007<br>Description: General Civil |

## ~~[PROPOSED]~~ ORDER

Upon consideration of Plaintiffs' Motion to File Ex Parte Motion to Proceed with Commencement of Action Using Pseudonyms and the Accompanying Memorandum and Exhibits Under Seal, it is this **6** day of **June** 2007 hereby

ORDERED: that the Plaintiffs' Ex Parte Motion to Proceed with Commencement of Action Using Pseudonyms and the accompanying memorandum and exhibits shall be filed and maintained UNDER SEAL pending further order of this Court.

Dated: 6 June, 2007

Hon. Thomas F. Hogan,
Chief Judge, United States District Court for the District of Columbia

2

288864V1