**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE VIII, Village L, Aceh, Indonesia,<br>JOHN DOE IX, Village M, Aceh, Indonesia,<br>JOHN DOE X, Village N, Aceh, Indonesia,<br>JOHN DOE XI, Village O, Aceh, Indonesia,<br><br>Plaintiffs,<br>v.<br><br>EXXON MOBIL CORPORATION,<br>EXXONMOBIL OIL INDONESIA INC.,<br>MOBIL CORPORATION,<br>MOBIL OIL CORPORATION,<br><br>Defendants. | Civil Action No. 07-1022 (LFO) |

To the Clerk of this court and all parties of record:

Please enter the appearance of Theodore V. Wells, Jr. as counsel in this case for defendants Exxon Mobil Corporation, ExxonMobil Oil Indonesia Inc., Mobil Corporation, and Mobil Oil Corporation.

By: /s/ Theodore V. Wells, Jr.
Theodore V. Wells, Jr.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

Date: June 25, 2007

Bar Identification: 468934

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

Jason Abreu, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York, 10019.

2. On June 25, 2007, I served true copies of the foregoing: NOTICE OF APPEARANCE OF THEODORE V. WELLS, JR and NOTICE OF APPEARANCE OF ALEX YOUNG K. OH on the following:

Agnieszka M. Fryszman
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005

Terrence Collingsworth
Derek J. Baxter
International Labor Rights Fund
2001 S.Street, N.W., Suite 420
Washington, D.C. 20009

3. I made such service by personally enclosing true copies of the aforementioned documents in properly addressed pre-paid wrappers and depositing them into an official depository under the exclusive custody and care of the United States Postal Service in the State of New York.

Jason Abreu

Sworn to before me this
25th day of June, 2007

Notary Public

REBECCA McCARTHY
Notary Public, State of New York
No. 01MC6109653
Qualified in New York County
Commission Expires May 17, 2008