UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN DOE VIII, Village L, Aceh, Indonesia,<br>JOHN DOE IX, Village M, Aceh, Indonesia,<br>JOHN DOE X, Village N, Aceh, Indonesia,<br>JOHN DOE XI, Village O, Aceh, Indonesia,<br><br>        Plaintiffs,<br>   v.<br><br>EXXON MOBIL CORPORATION,<br>EXXONMOBIL OIL INDONESIA INC.,<br>MOBIL CORPORATION,<br>MOBIL OIL CORPORATION,<br><br>        Defendants. | Civil Action No. 07-1022 (LFO) |

To the Clerk of this court and all parties of record:

Please enter the appearance of Alex Young K. Oh as counsel in this case for defendants Exxon Mobil Corporation, ExxonMobil Oil Indonesia Inc., Mobil Corporation, and Mobil Oil Corporation.

                                          By: ___/s/ Alex Young K. Oh___
                                              Alex Young K. Oh
                                              Paul, Weiss, Rifkind, Wharton &
                                                   Garrison LLP
                                              1615 L Street NW, Suite 1300
                                              Washington, D.C. 20036
                                              (202) 223-7300

Date: June 25, 2007

Bar Identification: 499955

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

Jason Abreu, being duly sworn, deposes and says:

1.   I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York, 10019.

2.   On June 25, 2007, I served true copies of the foregoing: NOTICE OF APPEARANCE OF THEODORE V. WELLS, JR and NOTICE OF APPEARANCE OF ALEX YOUNG K. OH on the following:

>   Agnieszka M. Fryszman
>   Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
>   100 New York Avenue, N.W.
>   West Tower, Suite 500
>   Washington, D.C. 20005

>   Terrence Collingsworth
>   Derek J. Baxter
>   International Labor Rights Fund
>   2001 S.Street, N.W., Suite 420
>   Washington, D.C. 20009

3. I made such service by personally enclosing true copies of the aforementioned documents in properly addressed pre-paid wrappers and depositing them into an official depository under the exclusive custody and care of the United States Postal Service in the State of New York.

*Jason Abreu*

Sworn to before me this
25th day of June, 2007

*Notary Public*

REBECCA McCARTHY
Notary Public, State of New York
No. 01MC6109653
Qualified in New York County
Commission Expires May 17, 2008