AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

JOHN DOE VIII, Village L, Aceh, Indonesia,
JOHN DOE IX, Village M, Aceh, Indonesia,
JOHN DOE X, Village N, Aceh, Indonesia,
JOHN DOE XI, Village O, Aceh, Indonesia,  )
          Plaintiff(s)  )  **APPEARANCE**
                                 )
                                 )
                vs.  )  CASE NUMBER   07-cv-1022
EXXONMOBIL CORPORATION, et al.,  )
                                 )
          Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Agnieszka M. Fryszman   as counsel in this
                                (Attorney's Name)

case for:   Plaintiffs: JOHN DOE VIII, JOHN DOE IX, JOHN DOE X and JOHN DOE XI
                            (Name of party or parties)

June 22, 2007
Date

*[signature]*
Signature

459208
BAR IDENTIFICATION

Agnieszka M. Fryszman
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., N.W., Suite 500
Address

Washington, D.C. 20005
City       State       Zip Code

(202) 408-04600
Phone Number