AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

JOHN DOE VIII, Village L, Aceh, Indonesia,
JOHN DOE IX, Village M, Aceh, Indonesia,
JOHN DOE X, Village N, Aceh, Indonesia,
JOHN DOE XI, Village O, Aceh, Indonesia,   )
　　　　　　　　Plaintiff(s)   )   **APPEARANCE**
　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　)
　　　　　　　　vs.   )   CASE NUMBER   07-cv-1022
EXXONMOBIL CORPORATION, et al.,   )
　　　　　　　　　　　　　　)
　　　　　　　　Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Brent W. Landau   as counsel in this
　　　　　　　　　　　　　　(Attorney's Name)

case for:   Plaintiffs: JOHN DOE VIII, JOHN DOE IX, JOHN DOE X and JOHN DOE XI
　　　　　　　　(Name of party or parties)


June 25, 2007                          /s/ Brent W. Landau
Date                                   Signature

                                       Brent Landau
                                       Print Name
DC Bar No. 479251
BAR IDENTIFICATION                     Cohen Milstein Hausfeld & Toll P.L.L.C., 1 S. Broad St., Ste. 1850
                                       Address

                                       Philadelphia, PA 19107
                                       City          State          Zip Code

                                       (215) 825-4012
                                       Phone Number