IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE VIII, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 07-1022 |
| ) | |
| EXXON MOBIL CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that defendants Exxon Mobil Corporation, ExxonMobil Oil Indonesia Inc., Mobil Corporation and Mobil Oil Corporation appear herein by their counsel, Willkie Farr & Gallagher LLP. We request that copies of all notices, motions, orders, pleadings and schedules given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the address set forth below.

/s/ Martin J. Weinstein

Martin J. Weinstein, DC Bar No. 388746
Robert J. Meyer, DC Bar No. 405632
Nikhil Singhvi, DC Bar No. 496357
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006
(202) 303-1000

1361608.1

## CERTIFICATE OF SERVICE

I, Allison G. Fraser, hereby certify on this 26th day of June 2007, that I caused a true and correct copy of Defendants' Notice of Appearance, dated June 26, 2007, to be served by first class mail to the following counsel for the parties to this action:

Terrence Collingsworth
Derek J. Baxter
INTERNATIONAL LABOR RIGHTS FUND
2001 S Street, N.W., Suite 420
Washington, DC 20009
tel: (202) 347-4100
fax: (202) 347-4885


Service was effected on the following individuals through electronic case filing:

Michael D. Hausfeld
Agnieszka M. Fryszman
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
1100 New York Avenue, N.W.
West Tower - Suite 500
Washington, DC 20005-3964
tel: (202) 408-4600
fax: (202) 408-4699

Brent Landau
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
1 S. Broad Street, Suite 1850
Philadelphia, PA 19107
tel: (215) 825-4012
fax: (215) 825-4001

*Allison G. Fraser* (signature)
Allison G. Fraser