IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE VIII, et al.,          )
                                )
        Plaintiffs,             )
                                )
    v.                          )          Civ. No. 07-1022
                                )
EXXON MOBIL CORPORATION, et al.,)
                                )
        Defendants.             )

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants Exxon Mobil Corporation, ExxonMobil Oil Indonesia, Inc., Mobil Corporation and Mobil Oil Corporation, by undersigned counsel hereby move for an enlargement of time in which to file an answer, motion to dismiss or otherwise respond to the Complaint for Equitable Relief and Damages, up to and including August 31, 2007. Defendants conferred with Plaintiffs who do not oppose this motion.

Defendants make this motion without waiving and hereby expressly preserve any objections they may have to personal jurisdiction. Undersigned counsel for Defendants hereby enter their appearance on behalf of Defendants.

WHEREFORE, the Defendants respectfully request that their Unopposed Motion for Enlargement of Time to Answer or Otherwise Respond to Complaint be granted.

Respectfully submitted,


_____/s/ Martin J. Weinstein_____
Martin J. Weinstein
DC Bar No. 388746
Robert J. Meyer
DC Bar No. 405632
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC  20006
tel: (202) 303-1000
fax: (202) 303-2000
*Counsel for Defendants Exxon Mobil Corp.,*
*Mobil Corp., Mobil Oil Corp.,*
*and ExxonMobil Oil Indonesia Inc.*

Theodore V. Wells, Jr.
DC Bar No. 468934
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
tel:  (212) 373-3000
fax:  (212) 757-3990

Alex Young K. Oh
DC Bar No. 499955
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
1615 L Street, N.W., Suite 1300
tel:  (202) 223-7300
fax:  (202) 223-7420
*Co-counsel for Defendants*

1360423.2

# CERTIFICATE OF SERVICE

I, Allison G. Fraser, hereby certify on this 26th day of June 2007, that I caused a true and correct copy of Defendants' Unopposed Motion for Enlargement of Time to Answer or Otherwise Respond to Complaint, dated June 26, 2007, to be served by first class mail to the following counsel for the parties to this action:

Terrence Collingsworth
Derek J. Baxter
INTERNATIONAL LABOR RIGHTS FUND
2001 S Street, N.W., Suite 420
Washington, DC 20009
tel: (202) 347-4100
fax: (202) 347-4885

Service was effected on the following individuals through electronic case filing:

Michael D. Hausfeld
Agnieszka M. Fryszman
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
1100 New York Avenue, N.W.
West Tower - Suite 500
Washington, DC 20005-3964
tel: (202) 408-4600
fax: (202) 408-4699

Brent Landau
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
1 S. Broad Street, Suite 1850
Philadelphia, PA 19107
tel: (215) 825-4012
fax: (215) 825-4001

_____
Allison G. Fraser

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ )
JOHN DOE VIII, et al.,                      )
                                            )
            Plaintiffs,                     )
                                            )
      v.                                    )    Civ. No. 07-1022
                                            )
EXXON MOBIL CORPORATION, et al.,            )
                                            )
            Defendants.                     )
_____ )

## **ORDER**

Upon consideration of the Defendants' Unopposed Motion for Enlargement of Time to Answer or Otherwise Respond to Complaint, by which the parties request an enlargement of time for Defendants to file an answer, motion to dismiss or otherwise respond to the Complaint for Equitable Relief and Damages, up to and including August 31, 2007,

IT IS HEREBY ORDERED, this _____ day of June, 2007,

That the Defendants' Unopposed Motion for Enlargement of Time be, and the same hereby is, GRANTED.

_____
UNITED STATES DISTRICT JUDGE

1360444.2

Copy to:

Martin J. Weinstein
Robert J. Meyer
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC  20006
tel: (202) 303-1000
fax: (202) 303-2000
*Counsel for Defendants Exxon Mobil Corp.,*
*Mobil Corp., Mobil Oil Corp.,*
*and ExxonMobil Oil Indonesia Inc.*

Theodore V. Wells, Jr.
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
tel:  (212) 373-3000
fax:  (212) 757-3990

Alex Young K. Oh
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
1615 L Street, N.W., Suite 1300
Washington, DC 20036
tel:  (202) 223-7300
fax:  (202) 223-7420
*Co-counsel for Defendants*

Michael D. Hausfeld
Agnieszka M. Fryszman
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
1100 New York Avenue, N.W.
West Tower - Suite 500
Washington, DC 20005-3964
tel:  (202) 408-4600
fax:  (202) 408-4699

Brent Landau
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
1 S. Broad Street, Suite 1850
Philadelphia, PA 19107
tel:  (215) 825-4012
fax:  (215) 825-4001
*Counsel for Plaintiffs*

1360444.2

Terrence Collingsworth
Derek J. Baxter
INTERNATIONAL LABOR RIGHTS FUND
2001 S Street, N.W., Suite 420
Washington, DC 20009
tel:  (202) 347-4100
fax:  (202) 347-4885
*Co-Counsel for Plaintiffs*