IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE VIII, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EXXON MOBIL CORPORATION, et al., ) <br> ) <br> Defendants. ) <br> ) | Civ. No. 07-1022 (LFO) |

**MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants Exxon Mobil Corporation, ExxonMobil Oil Indonesia, Inc., Mobil Corporation and Mobil Oil Corporation (collectively, "Defendants"), by undersigned counsel, hereby move for an enlargement of time in which to file an answer, motion to dismiss or otherwise respond to the Complaint for Equitable Relief and Damages (the "Complaint"), up to and including October 1, 2007. Defendants make this motion without waiving and hereby expressly preserve any objections they may have to personal jurisdiction.

By minute order dated June 27, 2007, the Court granted Defendants' unopposed motion to enlarge their time to answer, move to dismiss, or otherwise respond to the Complaint, up to and including August 31, 2007. Defendants represent that an additional enlargement of time is necessary to secure declarations from several witnesses with various vacation schedules and from assorted overseas locations. Defendants conferred with Plaintiffs who do not oppose an additional enlargement of time up to and including September 17, 2007, but have not responded to Defendants' request for an enlargement of time beyond September 17, 2007.

WHEREFORE, the Defendants respectfully request that their Motion for Enlargement of Time to Answer or Otherwise Respond to Complaint be granted.

Respectfully submitted,

/s Robert J. Meyer
Martin J. Weinstein
DC Bar No. 388746
Robert J. Meyer
DC Bar No. 405632
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC  20006
tel: (202) 303-1000
fax: (202) 303-2000

Theodore V. Wells, Jr.
DC Bar No. 468934
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
tel:  (212) 373-3000
fax:  (212) 757-3990

Alex Young K. Oh
DC Bar No. 499955
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
1615 L Street, N.W., Suite 1300
tel:  (202) 223-7300
fax:  (202) 223-7420

*Counsel for Defendants Exxon Mobil Corp., Mobil Corp., Mobil Oil Corp., and ExxonMobil Oil Indonesia Inc.*

WHEREFORE, the Defendants respectfully request that their Motion for Enlargement of Time to Answer or Otherwise Respond to Complaint be granted.

Respectfully submitted,

*[signature]*
Martin J. Weinstein
DC Bar No. 388746
Robert J. Meyer
DC Bar No. 405632
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006
tel: (202) 303-1000
fax: (202) 303-2000

Theodore V. Wells, Jr.
DC Bar No. 468934
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
tel: (212) 373-3000
fax: (212) 757-3990

Alex Young K. Oh
DC Bar No. 499955
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP
1615 L Street, N.W., Suite 1300
tel: (202) 223-7300
fax: (202) 223-7420

*Counsel for Defendants Exxon Mobil Corp., Mobil Corp., Mobil Oil Corp., and ExxonMobil Oil Indonesia Inc.*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN DOE VIII, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EXXON MOBIL CORPORATION, et al., )<br>)<br>Defendants. )<br>) | Civ. No. 07-1022 |

## ORDER

Upon consideration of the Defendants' Motion for Enlargement of Time to Answer or Otherwise Respond to Complaint, wherein Defendants request an enlargement of time for Defendants to file an answer, motion to dismiss or otherwise respond to the Complaint, up to and including October 1, 2007,

IT IS HEREBY ORDERED, this _____ day of August, 2007,

that Defendants' Motion for Enlargement of Time be, and the same hereby is, GRANTED.

_____
UNITED STATES DISTRICT JUDGE

1387223.1

Copy to:

Martin J. Weinstein
Robert J. Meyer
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006
tel: (202) 303-1000
fax: (202) 303-2000
*Co-counsel for Defendants*

Theodore V. Wells, Jr.
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
tel: (212) 373-3000
fax: (212) 757-3990

Alex Young K. Oh
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP
1615 L Street, N.W., Suite 1300
Washington, DC 20036
tel: (202) 223-7300
fax: (202) 223-7420
*Co-counsel for Defendants*

Michael D. Hausfeld
Agnieszka M. Fryszman
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
1100 New York Avenue, N.W.
West Tower - Suite 500
Washington, DC 20005-3964
tel: (202) 408-4600
fax: (202) 408-4699

Brent Landau
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
1 S. Broad Street, Suite 1850
Philadelphia, PA 19107
tel: (215) 825-4012
fax: (215) 825-4001
*Counsel for Plaintiffs*

1387223.1

Terrence Collingsworth
Derek J. Baxter
INTERNATIONAL LABOR RIGHTS FUND
2001 S Street, N.W., Suite 420
Washington, DC 20009
tel: (202) 347-4100
fax: (202) 347-4885
*Co-Counsel for Plaintiffs*