IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ———————————————————— )<br>JOHN DOE VIII, Village L, Aceh Indonesia,  )<br>JOHN DOE IX, Village M, Aceh Indonesia,  )<br>JOHN DOE X, Village N, Aceh Indonesia,  )<br>JOHN DOE XI, Village O, Aceh Indonesia,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br>EXXON MOBIL CORPORATION,  5959  )<br>Las Colinas Boulevard, Irving, Texas, 75039-2298, )<br>EXXONMOBIL OIL INDONESIA, PT,  )<br>27-30/F Wisma GKBI, Jl. Jend Sudirman 28,  )<br>Jakarta, Indonesia, MOBIL CORPORATION,  )<br>800 Bell Street, Houston, TX 77002, MOBIL  )<br>OIL CORPORATION, 800 Bell Street, Houston,  )<br>TX 77002,  )<br>  )<br>  Defendants.  )<br>———————————————————— ) | Case: 1:07-cv-01022 (LFO) |

**Certificate required by LCvR 7.1 of the Local Rules
of the United States District Court for the District of Columbia**

I, the undersigned, counsel of record for Defendants Exxon Mobil Corporation, Mobil

Corporation, ExxonMobil Oil Corporation, and ExxonMobil Oil Indonesia Inc. (collectively,

"Defendants"), certify that to the best of my knowledge and belief, the following are parent

companies, subsidiaries or affiliates of Defendants which have any outstanding securities in the

hands of the public.

*Exxon Mobil Corporation*:  Exxon Mobil Corporation has no parent
corporation.

*Mobil Corporation*:  Exxon Mobil Corporation is the parent of Mobil
Corporation.

*ExxonMobil Oil Corporation*:  Mobil Corporation is the parent of ExxonMobil Oil Corporation, and Exxon Mobil Corporation is the parent of Mobil Corporation.

*ExxonMobil Oil Indonesia Inc.*:  Mobil Exploration and Producing North America Inc. is the parent of ExxonMobil Oil Indonesia Inc. Mobil Corporation is the parent of Mobil Exploration and Producing North America Inc.  Exxon Mobil Corporation is the parent of Mobil Corporation.

These representations are made in order that judges of this court may determine the

need for recusal.

Washington, DC
September 17, 2007

Respectfully submitted,

_Alex Young K. Oh /ns_

Theodore V. Wells, Jr. (Bar No. 468934)
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064

Alex Young K. Oh (Bar No. 499955)
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP
1615 L Street, NW, Suite 1300
Washington, DC  20036

_Robert A. Meyer_

Martin J. Weinstein (Bar No. 37792)
Robert J. Meyer (Bar No. 41620)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC  20006
Telephone:  (202) 303-1000
Facsimile:  (202) 303-2000

Paul W. Wright (Bar No. 20747)
Patrick J. Conlon (Bar No. 414621)
Exxon Mobil Corporation
800 Bell Street
Houston, TX  77002

Attorneys for Defendants
Exxon Mobil Corporation, Mobil Corporation,
ExxonMobil Oil Corporation,
and ExxonMobil Oil Indonesia Inc.