IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John Doe VIII, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>Exxon Mobil Corporation, et al.,<br><br>                Defendants. | Civil Action No. 07-1022 |

**CONSENT MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO MOTION TO DISMISS**

      Plaintiffs John Doe VIII, John Doe IX, John Doe X, and John Doe XI, by undersigned counsel hereby move for an enlargement of time in which Plaintiffs have to file their Opposition to Defendants' Motion to Dismiss to November 2, 2007, and further move that the deadline for Defendants' Reply thereto be extended to December 7, 2007. This represents an extension of approximately 30 days for both parties and is Plaintiffs' first request for an extension. Plaintiffs' counsel conferred with Defendants' counsel, who do not oppose this motion.

      WHEREFORE, the Plaintiffs respectfully request that their Consent Motion for the First Enlargement of Time to Respond to Defendants' Motion to Dismiss be granted.

September 26, 2007                                      Respectfully submitted,

                                                              /s/ Agnieszka Fryszman
                                                        Agnieszka M. Fryszman
                                                        DC Bar No. 459208
                                                        COHEN, MILSTEIN, HAUSFELD &
                                                        TOLL, P.L.L.C.
                                                        1100 New York Avenue, N.W.
                                                        West Tower – Suite 500
                                                        Washington, DC 20005-3964
                                                        Tel: (202) 408-4600
                                                        Fax: (202) 408-4699

## RULE 11 CERTIFICATION

I certify that I have re-read Federal Rule of Civil Procedure 11 within 10 days before the filing of this consent motion for an enlargement of the briefing schedule.

9.26.2007
Date

_Agnieszka Fryszman_
Agnieszka Fryszman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John Doe VIII, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>Exxon Mobil Corporation, et al.,<br><br>                Defendants. | Civil Action No. 07-1022 |

## **ORDER**

Upon consideration of the Plaintiffs' Consent Motion for the First Enlargement of Time to Respond to Motion to Dismiss, by which the parties request an enlargement of time for Plaintiffs to file their Opposition to Defendants' Motion to Dismiss to November 2, 2007, and further request that the deadline for Defendants' Reply thereto be extended to December 7, 2007,

IT IS HEREBY ORDERED, this ___ day of _____, 2007,

That the Plaintiffs' Consent Motion for the First Enlargement of Time to Respond to Defendants' Motion to Dismiss be, and the same hereby is, GRANTED.

 

_____
LOUIS F. OBERDORFER
UNITED STATES DISTRICT JUDGE

Copy to:

Martin J. Weinstein
Robert J. Meyer
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
*Counsel for Defendants Exxon Mobil Corp.,*
*Mobil Corp., Mobil Oil Corp.,*
*and ExxonMobil Oil Indonesia Inc.*

Theodore V. Wells, Jr.
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990

Alex Young K. Oh
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
1615 L Street, N.W., Suite 1300
Washington, DC 20036
Tel: (202) 223-7300
Fax: (202) 223-7420
*Co-counsel for Defendants*

Michael D. Hausfeld
Agnieszka M. Fryszman
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower – Suite 500
Washington, DC 20005-3964
Tel: (202) 408-4600
Fax: (202) 408-4699

Brent Landau
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1 S. Broad Street, Suite 1850
Philadelphia, PA 19107
Tel: (215) 825-4012
Fax: (215) 825-4001
*Counsel for Plaintiffs*

Terrence Collingsworth
Derek J. Baxter
INTERNATIONAL LABOR RIGHTS FUND
2001 S Street, N.W., Suite 420
Washington, DC 20009
Tel: (202) 347-4100
Fax: (202) 347-4885
*Co-counsel for Plaintiffs*