IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE VIII, et al., )
 )
    Plaintiffs, )
 )
    v. ) Case: 1:07-cv-01022 (LFO)
 )
EXXON MOBIL CORPORATION, et al., )
 )
    Defendants. )
 )

**ORDER**

Upon consideration of Defendants' Motion To File Document Under Seal [dkt # 18], it is on this 23rd day of October, 2007, hereby

ORDERED: that Defendants' Motion To File Document Under Seal [dkt # 18] is granted; and it is further

ORDERED: that Exhibit 1 to Declaration of Peter J. Coleman shall be maintained UNDER SEAL.

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE