## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN DOE VIII, et al.,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiffs,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　　　　　　)　　　Case: 1:07-cv-01022 (LFO)
　　　　　　　　　　　　　　　　　　　　　　　)
EXXON MOBIL CORPORATION, et al.,　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)

## UNOPPOSED MOTION FOR PAGE LIMIT EXTENSION

Pursuant to Local Rule 7(e), Plaintiffs' Counsel request leave to file their Opposition to

Defendants Motion To Dismiss with a page count of up to 55 pages, which is in excess of this

Court's 45 page limit. Plaintiffs have conferred with Defendants who have indicated that they do

not object to the relief requested herein.

Dated: November 2, 2007

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Michael D. Hausfeld,  DC Bar No. 153742
　　　　　　　　　　　　　　Agnieszka Fryszman,  DC Bar No. 459208
　　　　　　　　　　　　　　COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
　　　　　　　　　　　　　　1100 New York Avenue, N.W.
　　　　　　　　　　　　　　West Tower - Suite 500
　　　　　　　　　　　　　　Washington, DC  20005-3964
　　　　　　　　　　　　　　Tel:  (202) 408-4600
　　　　　　　　　　　　　　Fax:  (202) 408-4699

　　　　　　　　　　　　　　Brent W. Landau, DC Bar No. 479251
　　　　　　　　　　　　　　COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
　　　　　　　　　　　　　　One South Broad Street, Suite 1850
　　　　　　　　　　　　　　Philadelphia, PA 19107
　　　　　　　　　　　　　　Tel:  (215) 825-4012
　　　　　　　　　　　　　　Fax:  (215) 825-4001

Terrence Collingsworth, DC Bar No. 471830
INTERNATIONAL LABOR RIGHTS FUND
2001 S Street, NW
Suite 420
Washington, DC  20009
Tel:   (202) 347-4100
Fax:  (202) 347-4885

***Counsel for Plaintiffs***

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JOHN DOE VIII, et al.,         )
                              )
     Plaintiffs,           )
                              )
     v.                   )     Case: 1:07-cv-01022 (LFO)
                              )
EXXON MOBIL CORPORATION, et al.,   )
                              )
     Defendants.         )
                              )

## [PROPOSED ORDER]

Upon consideration of Plaintiffs' unopposed Motion for Page Extension requesting leave to file their Opposition to Defendants' Motion To Dismiss with a page count of 55, it is on this _____ day of _____, 2007, hereby

ORDERED, that Plaintiffs' Motion for Page Extension be, and the same hereby is, granted.

 

_____
Hon. Louis F. Oberdorfer
United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE VIII, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )     Case: 1:07-cv-01022 (LFO) |
| | ) |
| EXXON MOBIL CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**[PROPOSED ORDER]**

Upon consideration of Plaintiffs' unopposed Motion for Page Extension requesting leave

to file their Opposition to Defendants' Motion To Dismiss with a page count of up to 55 pages, it

is on this _____ day of _____, 2007, hereby

ORDERED, that Plaintiffs' Motion for Page Extension be, and the same hereby is,

granted.

_____
Hon. Louis F. Oberdorfer
United States District Judge