AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

JOHN DOE VIII, VILLAGE L, ACEH, INDONESIA,
JOHN DOE IX, VILLAGE M, ACEH, INDONESIA,
JOHN DOE X, VILLAGE N, ACEH, INDONESIA,
JOHN DOE XI, VILLAGE O, ACEH, INDONESIA,

        Plaintiff(s)      )    **APPEARANCE**

        vs.      )    CASE NUMBER   07-cv-1022

EXXONMOBIL CORPORATION, et al.,

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   TERRY COLLINGSWORTH   as counsel in this
                                        (Attorney's Name)

case for:   Plaintiffs: JOHN DOE VIII, JOHN DOE IX, JOHN DOE X and JOHN DOE XI
                              (Name of party or parties)

NOVEMBER 6, 2007
Date

*[signature: Terry Collingsworth]*
Signature

TERRY COLLINGSWORTH
Print Name

471830
BAR IDENTIFICATION

218 D St SE 3rd Floor
Address

WASHINGTON DC 20003
City    State    Zip Code

202-543-5811
Phone Number