UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE VIII, Village L, Aceh, Indonesia,<br>JOHN DOE IX, Village M, Aceh, Indonesia,<br>JOHN DOE X, Village N, Aceh, Indonesia,<br>JOHN DOE XI, Village O, Aceh, Indonesia,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>EXXON MOBIL CORPORATION,<br>EXXONMOBIL OIL INDONESIA INC.,<br>MOBIL CORPORATION,<br>MOBIL OIL CORPORATION,<br><br>　　　　　　　Defendants. | Civil Action No. 07-1022 (LFO) |

To the Clerk of this court and all parties of record:

Please enter the appearance of Craig A. Benson as counsel in this case for defendants Exxon Mobil Corporation, ExxonMobil Oil Indonesia Inc., Mobil Corporation, and Mobil Oil Corporation.

　　　　　　　　　　　　　　　By:　　/s/ Craig A. Benson
　　　　　　　　　　　　　　　　　　Craig A. Benson
　　　　　　　　　　　　　　　　　　Paul, Weiss, Rifkind, Wharton &
　　　　　　　　　　　　　　　　　　　Garrison LLP
　　　　　　　　　　　　　　　　　　1615 L Street NW, Suite 1300
　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　(202) 223-7300

Date: November 8, 2007

Bar Identification: 473285

Doc#: US1:5096966v1