IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE VIII et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EXXON MOBIL CORPORATION  et al., ) <br> ) <br> Defendants. ) <br> ) | Case: 1:07-cv-01022 (LFO) |

**UNOPPOSED MOTION TO EXCEED PAGE LIMITATION**

Pursuant to Local Rule 7(e), Defendants respectfully request leave of the Court to file their Reply in Support of Motion to Dismiss with a page count of up to 35 pages, which is in excess of this Court's 25 page limit.  Defendants have conferred with Plaintiffs who do not object to this request.

Washington, DC
November 28, 2007

_Alex Young K. Oh /as_
Theodore V. Wells, Jr. (Bar No. 468934)
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064

Alex Young K. Oh (Bar No. 499955)
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1615 L Street, NW, Suite 1300
Washington, DC  20036

Respectfully submitted,

_Robert A. Meyer_
Martin J. Weinstein (Bar No. 37792)
Robert J. Meyer (Bar No. 41620)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC  20006
Telephone:  (202) 303-1000
Facsimile:  (202) 303-2000

Paul W. Wright (Bar No. 20747)
Patrick J. Conlon (Bar No. 414621)
Exxon Mobil Corporation
800 Bell Street
Houston, TX  77002

Attorneys for Defendants
Exxon Mobil Corporation, Mobil Corporation,
ExxonMobil Oil Corporation,
and ExxonMobil Oil Indonesia Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE VIII et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case: 1:07-cv-01022 (LFO) |
| EXXON MOBIL CORPORATION et al., | ) ) ) |
| Defendants. | ) ) |

**[PROPOSED ORDER]**

Upon consideration of Defendants' Unopposed Motion to Exceed Page Limitation, it is on this ____ day of _____, 2007, hereby

ORDERED, that Defendants' Unopposed Motion to Exceed Page Limitation be, and the same hereby is, GRANTED; and it is further

ORDERED, that Defendants may file their Reply in Support of Motion to Dismiss with a page count of up to 35 pages.

_____
United States District Judge