UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN DOE VIII**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 07-1022 (RCL) |
| ) | |
| **EXXON MOBIL CORPORATION,** ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of defendants' Motion [20] to Dismiss, plaintiffs' opposition thereto, defendants' reply, the applicable law, and the entire record herein, it is hereby

ORDERED that defendants' Motion [20] to Dismiss is GRANTED; and it is further

ORDERED that plaintiffs' Complaint is DISMISSED with prejudice.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on September 30, 2009.