UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JOHN DOE VIII**, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 07-1022 (RCL) |
| **EXXON MOBIL CORPORATION**, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

Upon consideration of defendants' Motion [35] to Vacate the *Ex Parte* Pseudonym Order, the opposition thereto, the reply, and the entire record herein, it is hereby

ORDERED that in light of today's separate order dismissing this case, defendants' motion is DENIED, without prejudice to further consideration if the complaint herein is reinstated and this case proceeds to discovery and trial.

SO ORDERED

Signed by Royce C. Lamberth, Chief Judge, on September 30, 2009.