**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                          )
JOHN DOE VIII, JOHN DOE IX, JOHN DOE X,  )
JOHN DOE XI,                                          )
                                                          )
           Plaintiffs,                                    )
                                                          )
           v.                                              )          Civil Action No. 07-1022 (RCL/AK)
                                                          )
EXXON MOBIL CORPORATION,              )
EXXONMOBIL OIL INDONESIA, INC.,        )
                                                          )
           Defendants.                                  )
_____)

## CIVIL NOTICE OF APPEAL

Notice is hereby given this 22nd day of October, 2009, that all Plaintiffs, including JOHN

DOE VIII, JOHN DOE IX, JOHN DOE X, and JOHN DOE XI, hereby appeal to the United

States Court of Appeals for the District of Columbia Circuit from the Order of this Court entered

on the 30th day of September, 2009, dismissing Plaintiffs' Complaint with prejudice.

Respectfully submitted,

_____/s/ Agnieszka M. Fryszman_____
Joseph M. Sellers  (DC Bar 318410)
Agnieszka M. Fryszman (DC Bar 459208)
Kathleen M. Konopka  (DC Bar 495257)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave, N.W.
West Tower, Suite 500
Washington, DC 20005
Tel:  (202) 408-4600
Fax: (202) 408-4699

Terrence Collingsworth (DC Bar 471830)
CONRAD & SCHERER
1156 15th Street, N.W.
Suite 502

Washington, DC 20005
Tel:  (202) 543-5811
Fax:  (202) 347-4885

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 22nd day of October, 2009, Plaintiffs' Notice of Appeal was served via the Court's electronic filing system.


                                    ___/s/ Sara El Hashem___
                                         Sara El Hashem