**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOHN DOE VIII,** ***et al.*****,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**EXXON MOBIL CORPORATION,** ***et al.*****,**<br><br>**Defendants.** | **Civil Case No. 01-1357 (RCL/AK)**<br>**Electronically Filed** |
| **JOHN DOE VIII,** ***et al.*****,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**EXXON MOBIL CORPORATION,** ***et al.*****,**<br><br>**Defendants.** | **Civil Case No. 07-1022 (RCL/AK)**<br>**Electronically Filed** |

**SCHEDULING ORDER**

Upon consideration of the parties' Joint Report Regarding the Parties' Local Rule 16.3 Meet and Confer Conference, it is hereby

ORDERED that defendants shall file their motion to dismiss on or before October 30, 2013; plaintiffs shall file their opposition to said motion on or before December 13, 2013; and defendants shall file their reply in support of said motion on or before January 10, 2014. It is further

ORDERED that the above-captioned cases are consolidated for purposes of defendants' anticipated motion to dismiss only, and it is further

ORDERED, given the length of time these cases have been pending, that discovery on the non-Alien Tort Statute claims, as well as discovery related to conduct in the United States may proceed simultaneously, and it is further

ORDERED that Rule 26(a)(1) initial disclosures shall be updated in *Doe I* and filed in *Doe VIII* no later than November 15, 2013.

**IT IS SO ORDERED.**

Signed by Royce C. Lamberth, U.S. District Judge, on September 18, 2013.