UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE I, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 01-cv-01357-RCL<br>UNDER SEAL |
| JOHN DOE VIII, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 07-cv-01022-RCL<br>UNDER SEAL |

## ORDER

Now before the Court is defendants' motion to modify the protective order[1] in *John Doe I v. Exxon Mobil Corp.* (*Doe I*), No. 01-cv-01357 (D.D.C. filed June 19, 2001) and vacate the pseudonym orders[2] in *Doe I* and *John Doe VIII v. Exxon Mobil Corp.* (*Doe VIII*), No. 07-cv-01022 (D.D.C. filed June 6, 2007).[3] Mot. Modify Protective Order, ECF Nos. 534-2 and 541.[4] Also before the Court is plaintiffs' memorandum in opposition and cross-motion to modify the

---

[1] The protective order in *Doe I* was entered by Magistrate Judge Alan Kay on April 25, 2007. Protective Order, ECF No. 217. Although apparently contemplated by the parties, there is no current protective order in *John Doe VIII v. Exxon Mobil Corp.* (*Doe VIII*), No. 07-cv-01022 (D.D.C. filed June 6, 2007).
[2] The pseudonym order in *Doe I* is ECF No. 2. The pseudonym order in *Doe VIII* is ECF No. 2.
[3] Where identical documents or exhibits are filed in both cases, the Court will note the Electronic Court Filing (ECF) number for *Doe VIII* in footnotes.
[4] *Doe VIII*, ECF Nos. 100-2 and 107.

protective order in *Doe I*. Pls.' Opp'n Defs.' Mot. Modify Protective Order Vacate Pseudonym Orders Cross-Mot. Modify Protective Order, ECF No. 539-2.[5] Also before the Court is defendants' reply in further support of the motion to modify the protective order and to vacate the *ex parte* pseudonym orders and in opposition to plaintiffs' cross-motion to modify the protective order. Reply Mot. Modify Protective Order Vacate Pseudonym Orders Cross-Mot. Modify Protective Order, ECF No. 542-2.[6] Finally, before the Court is plaintiffs' reply in support of their cross-motion to modify the protective order. Pls.' Reply Support Cross-Mot. Modify Protective Order, ECF No. 544-2.[7]

Upon consideration of the above referenced filings and for reasons given in the memorandum opinion issued this date, it is hereby:

**ORDERED** that defendants' motion is DENIED;

**ORDERED** that plaintiffs' cross-motion is GRANTED; and

**ORDERED** that plaintiffs' proposed modification of the protective order will be issued by separate order issued this date; and

**ORDERED** that the protective order will be simultaneously entered in *Doe VIII*.

**SO ORDERED.**

DATED: November 18, 2015

Royce C. Lamberth
United States District Judge

---

[5] *Doe VIII*, ECF No. 105-2.
[6] *Doe VIII*, ECF No. 108-2.
[7] *Doe VIII*, ECF No. 110-2.

2