UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE I, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION, *et al.*,<br><br>    Defendants. | Case No. 01-cv-01357-RCL |
| JOHN DOE VIII, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION, *et al.*,<br><br>    Defendants. | Case No. 07-cv-01022-RCL |

## ORDER

On November 18, 2015 the Court issued the following documents under seal in the above-captioned cases: *John Doe I v. Exxon Mobile Corp.*, No. 01-cv-01357 (D.D.C. filed June 19, 2001), ECF Nos. 547, 548, 549, 551, & 552; *John Doe VIII v. Exxon Mobile Corp.*, No. 07-cv-01022 (D.D.C. filed June 6, 2007), ECF Nos. 113, 114, 115, 117 & 118. Due to the representations of the parties made to the Court, the clerk of the court shall unseal these documents.

**IT IS SO ORDERED.**

*/s/ Royce C. Lamberth  12/1/15*
Royce C. Lamberth
United States District Judge