# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE I, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>EXXON MOBIL CORPORATION, et al.,<br><br>      Defendants. | Civ. No. 01-1357 (RCL/AK) |
| JOHN DOE VIII, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>EXXON MOBIL CORPORATION, et al.,<br><br>      Defendants. | Civ. No. 07-1022 (RCL/AK) |

## NOTICE OF APPEARANCE

To:    The clerk of court and all parties of record:

I am admitted to practice in this court, and I appear in this case as counsel for the *John Doe I* and *John Doe VIII* Plaintiffs.

Dated: December 21, 2015

                                       /s/ Terrence P. Collingsworth
                                       International Rights Advocates
                                       Terrence P. Collingsworth (DC Bar No. 471830)
                                       621 Maryland Avenue NE
                                       Washington, D.C. 20002
                                       Phone: 202-255-2198
                                       tc@iradvocates.org

                                       *Counsel for Plaintiffs*